| United States Bankruptcy Court<br>Western District of Texas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**TAO-SAHI, LP** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-1583242** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**905 Avenue K**<br>**Lubbock, TX**<br>ZIP Code **79401** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Lubbock** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **10135 State Highway 151**<br>**San Antonio, TX 78251** |
|---|---|

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
■ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ■<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ■<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **TAO-SAHI, LP** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** _____<br>　Signature of Attorney for Debtor(s)　　　　　(Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■　Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐　There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐　Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐　Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

　　(Name of landlord that obtained judgment)

_____

　　(Address of landlord)

☐　Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐　Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐　Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**TAO-SAHI, LP** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Debtor

X _____
 Signature of Joint Debtor

 _____
 Telephone Number (If not represented by attorney)

 _____
 Date

**Signature of Attorney***

X **/s/ Marvin E. Sprouse III**
 Signature of Attorney for Debtor(s)

 **Marvin E. Sprouse III 24008067**
 Printed Name of Attorney for Debtor(s)

 **Jackson Walker L.L.P.**
 Firm Name

 **100 Congress Avenue, Suite 1100**
 **Austin, TX 78701**

 _____
 Address

 **Email: msprouse@jw.com**
 **(512) 236-2088 Fax: (512) 391-2148**
 Telephone Number

 **June 7, 2011**
 Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Clayton Isom**
 Signature of Authorized Individual

 **Clayton Isom**
 Printed Name of Authorized Individual

 **CEO of Tao Development Group, LLC, General Partner**
 Title of Authorized Individual

 **June 7, 2011**
 Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

 _____
 Signature of Foreign Representative

 _____
 Printed Name of Foreign Representative

 _____
 Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

 _____
 Printed Name and title, if any, of Bankruptcy Petition Preparer

 _____
 Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

 _____

 _____
 Address

X _____

 _____
 Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Western District of Texas

In re   **TAO-SAHI, LP**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, Clayton Isom, the CEO of Tao Development Group, LLC, the sole managing partner of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   June 7, 2011

*/s/Clayton Isom*

**Clayton Isom/CEO of Tao Development Group, LLC, General Partner**
Signer/Title

```
1800Flowers
7117 Blanco Rd
San Antonio, TX 78216

A and M Data Supply
9432 Highedge Drive
Dallas, TX 75238

A S Hospitality, Inc.
3493 Lamar Avenue
Memphis, TN 38118

A&L Sharif Family, LP
9702 York Ave.
Lubbock, TX 79424

A-1 Backflow Co.
437 W. Overlook
Canyon Lake, TX 78133

AAA
1000 AAA Drive
Heathrow, FL 32746

AAF International
24828 Network Place
Chicago, IL 60673-1248

Access Receivables Management
9801
Towson, MD 21284

AccuLock, Inc
9901 South IH 35W
Grandview, TX 76050

Ace Mart Restaurant Supply
P.O. Box 974297
Dallas, TX 75397

Adecco Employment Services
DEPT CH 14091
Palatine, IL 60055-4091
```

ADP processing
ADP Screening and Selection Services
36307 Treasury Center
Chicago, IL 60694-6300

ADP, Inc.
Automatic Data Processing
PO Box 78415
Phoenix, AZ 85062-8415

Aetna Life Insurance Company
ATTN: AETNA - Middletown
P.O. Box 88860
Chicago, IL 60695

AFP Alarms & Detection
P.O. Box 2842
Pearland, TX 77588

AIRLITE PLASTICS COMPANY
6110 ABBOTT DRIVE
OMAHA, NE 68110

Alamo City Youth Soccer Organization
7440 FM 1560 N
San Antonio, TX 78256

Alamo Heights Office Products
Mid Market Concepts L.P.
5204 Broadway
San Antonio, TX 78209

Alamo Tees and Advertising
12814 Cogburn Ave
San Antonio, TX 78249

Alamo Training
318 E Nakoma Suite 102
San Antonio, TX 78216

Alamo Vending & Catering
5102 South Presa
San Antonio, TX 78223

ALC Systems Integrated Group, Inc.
1025 Cobb Place Blvd
Kennesaw, GA 30144

Allied Fire Protection-SA, L.P.
P.O. Box 2842
Pearland, TX 77588

American City Business Journal
8200 I-10 W
Suite 820
San Antonio, TE 78230

American Express Finance Center
2401 W Behrend Dr. Ste 55
Phoenix, AZ 85027

American Hotel Register Company
Collections Center Drive
Chicago, IL 60693

American Society of Composers, Authors a
2675 Paces Ferry Road, SE, Suite 350
Atlanta, GA 30339

American Tescor, LLC
Dept 8750
Los Angeles, CA 90084

American Vent A Hood Systems
706 Garden Meadow Dr.
Universal City, TX 78148

Andrew I. Jaffee
54 Hazard Avenue #177
Enfield, CT 06082

April McCoy
1035 HWY 151 NORTH
San Antonio, TX 78251

Arthur J Gallagher Risk Management Servi
39740 Treasury Center
Chicago, IL 60694

Astor Chocolate
651 New Hampshire Avenue
Lakewood, NJ 08701


Astor Crown Plaza
739 Canal St. @ Bourbon
New Orleans, LA 70130


AT&T
P.O. Box 13134
Newark, NJ 07101


AT&T
PO Box 13142
Newark, NJ 07101-5642


AT&T
PO Box 5001
Carol Stream, IL 60197


AT&T
419 Broadway Rm 740
San Antonio, TX 78209


AT&T
PO Box 5019
Carol Stream, IL 60197


AT&T
P.O. Box 5091
Carol Stream, IL 60197


AT&T
P.O. Box 5094
Carol Stream, IL 60197


AT&T
P.O. Box 5095
Carol Stream, IL 60197


AT&T
P.O. Box 78214
Phoenix, AZ 85062

Atlanta Light Bulbs
2109 Mountain Industrial Blvd
Tucker, GA 30084-6603

AV Source
Ramos Enterprises, Inc
10820 Gulfdale
San Antonio, TX 78216

AZTEC Events & Tents
631 N W.W. White Rd
San Antonio, TX 78219

Baker Office Products
1301 13th Street
Lubbock, TX 79401

Barbara Silva
2535 Sage Hollow
San Antonio, TX 78251

Barkers Dulce
514 W. Commerce n4
San Antonio, TX 78207

BBJ LINEN
BBJ Rentals Inc.
7855 Gross Point Rd
Skokie, IL 60077

Ben E Keith Co.
P.O. Box 34810
San Antonio, TX 78265

Ben H. Ralson
129 Lake Bend Rd
Wichita Falls, TX 76310-4711

Bexar County Protective Services
P.O. Box 47821
San Antonio, TX 78265

Binswanger Glass
5563 De Zavala Suite 120
San Antonio, TX 78249

BizBooks Inc.
120 West Morehead Street
Suite 100
Charlotte, NC 28202

BMI
10 Music Square East
Nashville, TN 37203

Bolinger, Segars, Gilbert & Moss, L.L.P
8215 Nashville Ave
Lubbock, TX 79423

Border Media
4050 Eisenhauer Road
San Antonio, TX 78218

Brink's Incorporated
File No. 52005
Los Angeles, CA 90074

BuyEfficient
P.O. Box 202917
Dallas, TX 75320

California Fruit and Nut Company, Inc.
1500 S Zarsamora #338
San Antonio, TX 78207

Cambrian Coral Properties
216 Hill St.
Albany, TX 76430

Candlewood Suites San Antonio NW SeaWorl
9502 Amelia Pass
San Antonio, TX 78254

Cawoods Produce
2311 W Rundberg LN #120
Austin, TX 78758

Celeo Osorio
2307 Susan Ave
Harlingen, TX 78550

Challenge Entertainment Austin LLC
P.O. Box 3720
Cordova, TN 38088

Choate USA
Commercial Water Management, Inc
P.O. Box 118114
Carrollton, TX 75011

Cintas Corporation
97627 Eagle Way
Chicago, IL 60678

Cintas Fire Protection
PO Box 3583
Coppell, TX 75019

Cintas Fire Protection
Contas FAS Lockbox 636525
P.O. Box 636525
Cincinnati, OH 45263

Cintas Rus LP
PO Box 88005
Chicago, IL 60680-1005

City of San Antonio
Financial Services Division/Revenue Coll
P.O. Box 1328
San Antonio, TX 78295

City of San Antonio
Finance Dept., Collections Di
Hotel Occupancy Tax
P.O. Box 839975
San Antonio, TX 78283

Claudette Henderson
3704 Leathertop Dr
Plano, TX 75075

CLS Technology, Inc
P.O. Box 1066
Katy, TX 77492

Coast To Coast Computer Products
4277 Valley Fair St
Simi Valley, CA 93063

Coca Cola Enterprises
P.O. Box 840232
Dallas, TX 75284-0232

Comet Cleaners
8739 Bandera Road Suite 100
San Antonio, TX 78250

Commercial Kitchen
Greenwich, Inc
1377 N Brazos
San Antonio, TX 78207

Commercial Kitchen
P.O. Box 831128
San Antonio, TX 78283

Communicorp Inc
1001 Lockwood Avenue
Columbus, GA 31999

Comptroller of Public Accounts
P.O. Box 149348
Austin, TX 78714

Comptroller of Public Accounts
P.O. Box 149355
Austin, TX 78714

Comptroller of Public Accounts
P.O. Box 149356
Austin, TX 78714

Conference Call.com
P.O. Box 409573
Atlanta, GA 30384

Constant Contact Inc
1601 Trapelo Rd Suite 329
Waltham, MA 02451

Courtyard Marriott
11605 State Highway 151
San Antonio, TX 78251

CPS Energy
145 Navarro
Mail Drop 101013
San Antonio, TX 78205

CPS Energy
PO Box 2678
San Antonio, TX 78289-0001

Culligan Water Conditioning
1034 Austin Street
San Antonio, TX 78208

Cumberland Heating & Air Co.
126 Cumberland
San Antonio, TX 78204

Custom Business Solutions, Inc.
12 Morgan
Irvine, CA 92618

CWT Sato Travel Inc
5711 University Heights Blvd
Suite 300
San Antonio, TX 78249

Darling International
P.O. BOX 552210
Detroit, MI 48255

Dataworks dba Red Book Solutions
4550 S. Windermere St
Englewood, CA 80110

DEA Specialties, LTD
5151 Castroville Rd
San Antonio, TX
78227
San Antonio, TX 78227

Direct Source Produce & Specialty
P.O. Box 830307
San Antonio, TX 78283

DIRECTV
P.O. Box 60036
Los Angeles, CA 90060

Discount Tires
9403 Culebra Rd
San Antonio, TX 78251

Dixie Flag Manufacturing Company
P.O. Box 8618
San Antonio, TX 78208

Dominic & Susana Mendiola
214 Mallow Grove
San Antonio, TX 78253

Don Sander
7430 W NW Hwy #8
Dallas, TX 75225-2428

E Lightbulbs
11621 95th AVE North
Maple Grove, MN 55369

Eagle Print
Associated Creditors, Inc
P.O. Box 171170
San Antonio, TX 78217

Ecolab Inc.
PO Box 70343
Chicago, IL 60673

Edward Don Company
2562 Paysphere Circle
Chicago, IL
60674
Chicago, IL 60674

Energy Products LLC
1251 Jupiter Dr. #10
Jupiter, FL 33458

Expedia Travel
P.O. Box 847677
Dallas, TX 75284

Fairfield Inn & Suites by Marriott
4026 Wiseman Blvd
San Antonio, TX 78251

Fashion Seal Uniforms
P.O. Box 932058
Atlanta, GA 31193

Federal Deposit Insurance Corporation
1601 Bryan Street
Dallas, TX 75201

FedEx
5755 NW I-410 Loop #101
San Antonio, TX 78238

Firestone Complete Auto Care
6531 NW Loop 410
San Antonio, TX 78238

Fitness Services Unlimited
9603 Braun Run
San Antonio, TX 78254

Food Team, Inc
P.O. Box 677373
Dallas, TX 75267

Gabriel's
10903 Industry Drive
San Antonio, TX 78217

Gourmet Foods Inc
2910 E. Harcourt St
Rancho Dominguez, CA 90221

Grainger
Dept 877748632
P.O. Box 419267
Kansas City, MO 64141

Graphic Communications Corporation
394 North Clayton Street
Lawrenceville, GA 30046

Guest Supply
Sysco Guest Supply
PO Box 910
Monmouth Junction, NJ 08852-0910

Hardies Fruit & Vegetable South
P.O, Box 613216
Dallas, TX 613216

HD Supply Facilities Maintenance Ltd
P.O Box 509058
San Diego, CA 92150

HD Supply Inc
655 Richland Hills Drive Suite 115
San Antonio, TE 78245

Heartland Food Products
1900 West 47th Place, Suite 302
Westwood, KS 66205

HEB
10660 West FM 471
San Antonio, TX 78251

Helium Express
6736 San Pedro Ave
San Antonio, TX 78216

Helmsbriscoe
20875 N. 90th Place
Scottsdale, AZ 85255

Heritage Food Service Equipment, Inc.
P.O. Bo 8710
Fort Wayne, IN 46898

Hill Country Electric Supply
10601 Sentinel Dr
San Antonio, TX 78217


HMC Beverage Company
17950 Preston Road, Suite 710
Dallas, TX 75252


HMC Hospitality Operating S&W-Mgt Fee's
17950 Preston Road Ste 710
Dallas, TX 75252


Holiday Inn Austin Midtown
6000 Middle Fiskville Rd.
Austin, TX 78752


Holiday Inn Express & Suites Cinema Ridg
2861 Cinema Ridge
San Antonio, TX 78238


Holiday Inn Express N. Austin
14630 N IH 35
Austin, TX 78728


Holiday Inn San Antonio International Ai
Djont/JPM Leasing
77 NE Loop 410
San Antonio, TX 78216


Home Depot USA. , Inc
5638 W Loop 1604 North
San Antonio, TX 78251


Hospitality Careers Online, Inc.
P.O. Box 673682
Detroit, MI 48267


Hospitality Management Corporation
17950 Preston Road, Suite 710
Dallas, TX 75252


Hospitality Staffing Solutions , LLC
8182 Solutions Center
Chicago, IL 60677-8001

Hotel Systems Pro
280 Interstate North Circle
Suite 600
Atlanta, GA 30339

Hubert Company LLC
9555 Dry Fork Rd
Harrison, OH 45030

Hull Door LLC
625 Florida St
San Antonio, TX 78210

IAHI
Three Ravinia Dr Suite 100
Atlanta, GA 30346

IHG Investors & Leadership
Maritz
5757 Collections Center Drive
Dept 4961
Chicago, IL 60693

Illen Products LTD
Bank of America - Imprint Plus
9240 Collection Center Drive
Chicago, IL 60693

Illusions Rentals and Designs
P.O. Box 1361
San Antonio, TX 78295

Imperial Espresso Co.
691 La Buena Vista
Wimberley, TX 78676

In The Swim
Cortez, Inc
P.O. Box 34711
Pittsburgh, PA 15251

Industrial Chem Labs & Services Inc
55 Brook Ave Suite g
Deer Park, NY 11729

InnerWorkings
Accounts Receivable
P.O. Box 30881
New York, NY 10087

Intercontinental Hotel Group
11580 Great Oaks Way
Alpharetta, GA 30022

Internation Social Events Society
401 North Michigan Ave
Chicago, IL
60611
Chicago, IL 60611

International Bedding Corporation
P.O. Box 8084
Department 203100
Ft Lauderdale, FL 33310

J Anthonys
20770 Hwy 281 N #108-606
San Antonio, TX 78258

J S Promotional Products
Janice Schwartz
10650 Culebra Rd
Suite 104-689
San Antonio, TX 78251

J&N Investment Co., Ltd.
2405 Essex
Wichita Falls, TX 76308

J/B Specialize Service
PO Box 5514
San Antonio, TX 78201

Jackie Fellers Marketing, LTD
16110 N.W. Military Hwy
San Antonio, TX 78231

Jancer Group
3211 East Adams
Temple, TX 76501

Joe Hand Promotions, Inc.
407 E. Pennsylvania Blvd.
Feasterville, PA 19053


John Sellers
4002 101st
Lubbock, TX 79423


Johnstone Supply
P.O, Box 171306
San Antonio, TX 78217


JPS VOCAL MUSIC BOOSTERS CLUB
600 North Ellison-Choir Room
San Antonio, TX 78251


Just Brakes
9142 Grisson RD,
San Antonio, TX 78251


Kaplan Center
8401 Datapoint Dr
San Antonio, TX 78229


Kelly Morton
7514 Leading Oaks
San Antonio, TX 78233


L.E.D Services, LLC
PO Box 17431
San Antonio, TX 78217


Lackland SVS Fund.
Information, Tickets & Travel/Vacation E
1560 Stewart St., Bldg. 5506
Lackland AFB, TX 78236


LaQuinta Inn & Suites #6018
5006 Auburn Street
Lubbock, TX 79416


Lavartis
103 S. Friendswood Dr
Friendswood, TX 77546

Lawrence C Roth
10417 Gulfdale St
San Antonio, TE 78216

Lawton Commerical Services
1500 S. Central Expwy. Suite 300
McKinney, TE 75070

Legendary Linens
151 Price Ave
San Antonio, TX 78211

Leisure Travel Service
Installation Morale, Welfare & Recreatio
Bldg 194, Room 114, 37th Street
Fort Hood, TX 76544

Leslie Pool Supply
P.O. BOX 501162
St Louis, MO 63150

Lexyl Travel Technologies, Inc
350 11th Ave
Suite 133
San Diego, CA 92101

Lexyl Travel Technologies, LLC
777 S Flagler Dr
Suite 800 - West Tower
West Palm Beach, FL 33401

Liquid Environmental Solutions of Texas,
P.O. Box 671064
Dept 5
Dallas, TX 75267

Lodgenet Interactive Corporation
P.O Box 952141
Saint Louis, MO 63195

Loftin Equipment Co, Inc
4728 Cotton Belt Dr
San Antonio, TX 78219

Logo Store USA, Inc
10004 Wurzbach Road #259
San Antonio, TX 78230

Lone Star Overnight
P.O. Box 149225
Austin, TX 78714

Lowes
203 Loop 410 SW
San Antonio, TX 78245

Lubbock National Bank
PO Box 6100
Lubbock, TX 79493

Lugano, Ltd.
4508 93rd St.
Lubbock, TX 79424

Lynn Mitchell
308 Sixth Street
Oscoda, MI 48750

Lynne J. woodward, Ltd.
P.O. Box 1135
Albany, TX 76430

M.A.G. ENG. & MFG.,CO. INC
17305 Daimler Street
Irvine, CA 92614

MARCOA Publishing, Inc.
P.O. Box 509100
San Diego, CA 92150

Margaret Aguirre
3009 Joy Meadow Dr
Fort Worth, TX 76123

Maris Lighting Company
4228 Hideaway Drive
Tucker, GA 30084

McPherson Inspection Services Inc
9118 FM 2505
Floresville, TX 78114

Melissa Kim
Candle Wood Suites
21103 Encino Commons Blvd
San Antonio, TX 78259

Meritax, LLC
14800 Landmark Blvd
Suite 550
Dallas, TX 75254

METLIFE
P.O. Box 804466
Kansas City, MI 64180

Michael Owen, M.D.
9306 Raleigh Ave.
Lubbock, TX 79424

Micros Systems, Inc.
P.O. BOX 23747
Baltimore, MD 21203

Mike Osborne
3707 Hollywood Ave
Austin, TX 78722

Miles Media
P.O. Box 116755
Atlanta, GA 30368

MMGWorks/Status Promotions
4601 Madison Avenue
Kansas City, MO 64112

MO-REAL 2007 LTD
P.O. Box 578
Albany, TX 76430

Monarch Trophy Studio
Drago Investments
2121 N W Miltary Hwy
San Antonio, TX 78213


Monster Inc
P.O. Box 90364
Chicago, IL 60696


More Business Solutions
3000 Northwoods Parkway
Suite 140
Norcross, GA 30071


Morrison Supply Company
Attn: Craig A Bernstein
3710 Rawlins Street, Suite 1300
Dallas, TX 75219


MPI
Attn: Connie Kizziar
3030 LBJ Freeway, Suite 1700
Dallas, TX 75234


NACE
9881 Broken Land Parkway
Suite 101
Columbia, MD 21046


Nadler's Bakery & Deli, Inc.
1621 Babcock Rd.
San Antonio, TX 78229


North San Antonio Chambers of Commerce
12930 Country Parkway
San Antonio, TX 78216


NuCO2 LLC
P.O. Box 9011
Stuart, FL 34995


Oak Farms San Antonio
Southern Foods Group, LLC
PO Box 200349
Dallas, TX 75320

Office Depot, Inc
P.O. Box 88040
Chicago, IL 60680-1040

Oriental Trading Company Inc.
PO Box 790403
St. Louis, MO 63179

Orkin Commercial Services
Orkin Inc.
2800 NE Loop 410
STE 107
San Antonio, TX 78218

Otis Elevator Company
United Technologies Corp
P.O. Box 730400
Dallas, TX 75373

Ozarka
PO Box 856680
Louisville, KY 40285

Passkey International Inc
BOX 83284
Woburn, MA 01813

Paul Chebib, M.D.
716 S. Howell St.
Brownfield, TX 79316

PCM Technologies, LLC
2804 Centre Circle Drive
Downers Grove, IL 60515

Pedro Chavez, M.D.
4809 19th St.
Lubbock, TX 79407

Philips Hospitality
13560 Morris Road
Alpharetta, GA 30004

Phoenix Distribution & Marketing
829 Pickens Industrial Drive
Suite 3
Marietta, GA 30062


PhotoWeb
644 Seaside Court
Westerville, OH 43082


Pilgrim Cleaners
10223 Ironside
San Antonio, TX 78230


Pitney Bowes Inc.
The Pitney Bowes Bank, Inc.
PO Box 371896
Pittsburgh, PA 15250-7896


Plant Interscapes, Inc
6436 Babcock Road
San Antonio, TX 78249


Plasticard-Locktech International, LLP
605 Sweeten Creek Industrial Park
Asheville, NC 28803


Playnetwork Inc
P.O. Box 809198
Chicago, IL 60680


Premiere Entertainment of Texas
P.O. Box 5597
San Antonio, TX 78201


Pro Glass & Mirror
Gorge H Juarez
P.O. Box 65228
San Antonio, TX 78265


Prototype IT, LLC
1333 Corporate Drive Suite 202
Irving, TX 75038

Purchase Power
The Pitney Bowes Bank, Inc.
P.O. Box 371874
Pittsburgh, PA 15250

Quality Attributes Software, Inc
416 Billy Sunday Road
Suite 150
Ames, IA 50010

Qubty Enterprises, Ltd.
3106 Canyon Road
Lubbock, TX 79403

Quinceanera y Boda Magazine Inc.
PO Box 421285
Houston, TX 77242

Radisson
1241 W. Mockingbird Ln
Dallas, TX 75247

Regal Plastics
P.O. Box 59977
Dallas, TX 75229

Religious Conference Management Associat
7702 Woodland Drive
Suite 120
Indianapolis, IN 46278

Republic National Distributing Company L
6511 TRI COUNTY PARKWAY
Schertz, TX 78154

Riteway Service Company
S.A. Riteway Service Company
10722 Sentinel
San Antonio, TX 78217

Ronnie Keister - Lubbock Cnty Tax Asses
916 Main
Suite 102
Lubbock, TX 79408

Royal Cup Inc.
P.O. BOX 170971
Birmingham, AL 35217

S2 Acquisition LLC
c/o Square Mile Capital Management LLC
450 Park Avenue
New York, NY 10022

San Antonio & Austin Wedding Guide
6390 Granberry
San Antonio, TX 78239

San Antonio Convention & Visitors Bureau
203 S. St Mary's Street
2nd Floor
San Antonio, TX 78205

San Antonio Express News
PO Box 80087
Prescott, AZ 86304

San Antonio Hotel & Lodging Association
P.O. Box 830784
San Antonio, TE 78383

San Antonio Missions Baseball Club, Inc.
5757 HWY 90 West
San Antonio, TX 78227

San Antonio Sports
P.O. Box 830386
San Antonio, TE 78283

San Antonio Weddings
PO Box 701313
San Antonio, TX 78270

San Antonio Woman
8603 Botts Lane
San Antonio, TX 78217

San Antonio Women's Chamber of Commerce
600 Hemisfair Plaza Way Bldg #217
San Antonio, TX 78205

Sarah James
10140 Windburn Trail
Converse, TX 78109

SAWS
San Antonio Water System
P.O. Box 2990
San Antonio, TX 78299

ScentAir Technologies, Inc
75 Remittance Dr Suite 6542
Chicago, IL 60675

Scott Xpress
5612 Mitchelldale
Houston, TX 77092

SeaWorld
Attn: Accounting
10500 SeaWorld Dr
San Antonio, TX 78251

Security Leasing Services Inc.
8341 N.W. Mace Road , Suite 200
Kansas City, MS 64152

Sendero Electric Sign Co.
15403 IH 35 North
Selma, TX 78154

SESAC
P.O. BOX 900013
Raleigh, NC 27675

Shine Security Systems
Mark Dunn
4019 Willow Green Rd
San Antonio, TX 78217

Shoes for Crews, LLC
FileLockbox 51151
Los Angeles, CA 90074

Shred It
12817 Wetmore Rd
San Antonio, TX 78247

Silver Eagle Distributors, L.P.
P.O. Box 825
Houston, TE 77001

SLS Financial Services
S&P Finance Services, Inc
P.O. Box 412534
Kansas City, MO 64141

South Texas Women's Business Center
P.O. Box 830505
San Antonio, TX 78283

Specialty Finance Group
Attn: Loan Operations
3284 Northside PKWY NW
Atlanta, GA 30327

Spindle Company Inc
3710 Park Place
Montrose, CA 91020

Sports Grind Entertainment, LLC
5202 Texana Dr. # 1416
San Antonio, TX 78249

Stallings Design
2404 Ridge Road
Lubbock, TX 79403

Standard Waste Services, LLC
P.O. Box 100428
San Antonio, TX 78201

Staples Business Advantage
P.O. Box 405386
Atlanta, GA 30384-5386

Star Knife Sharpening
DCB & DPB LLC
215 West Bandera Rd
Suite 114-418
Boerne, TX 78006

Star Linen & Hospitality Supply
1501 Lancer Drive
Moorestown, NJ 08057

Steam Master
10610 Butterfly Flat
San Antonio, TX 78254

Steele Meetings, Inc
6346-65 Lantana Rd
Suite 117
Lake Worth, FL 33463

Stephen Bell
10219 N IH 35
San Antonio, TX 78233

Stop Signs and More
Safeway Sign Company
2101 Las Palmas Drive, Suite A
Carlsbad, CA 92011

Sun Coast Resources, Inc
P.O. Box 202603
Dallas, TX 75320

Sylvia S. Romo, CPA, RTA, CTA
Bexar County Tax Assessor-Collector
P.O. Box 839950
San Antonio, TX 78283

Sysco
P.O. Box 18364
San Antonio, TX 78218-0364

TALX UC eXpress
4076 Paysphere Circle
Chicago, IL 60674

Tao Development Group
905 Ave K
Lubbock, TX 79401

Tao Development Group
905 Ave K
Lubbock, TX 79401

Taylor Brothers of Texas Inc.
P.O. Box 16382
Boise, ID 83715

Terrell & Terrell, CPAS, LLP
14901 Quorum Drive
Suite 565
Dallas, TX 75254

Texas Accommodations Guide/TxDot
PO Box 141009
Austin, TX 78714

Texas Air Systems LLC
6029 West Campus Circle Drive
Suite 100
Irving, TX 75063

Texas Department Of Licensing and Regula
P.O. Box 12157
Austin, TX 78711

Texas Imaging Leasing System
P.O. Box 6434
Carol Stream, IL 60197

Texas Imaging Systems
2600 Longhorn Blvd #102
Austin, TX 78758

Texas MedClinic
13722 Embassy Row
San Antonio, TX 78216

Texas No Slip
P.O. Box 422
Bulverde, TX 78163

Texas Restaurant Association
PO Box 1429
Austin, TX 78767

Tharldson Communications Inc.
1201 Page Dr
Fargo, ND 58103

The Greater San Antonio Chamber of Comme
602 East Commerce
San Antonio, TX 78296

The Hyatt Regency Hill Country
9800 Hyatt Resort Drive
San Antonio, TX 78251

The Reproduction Company
2102 Avenue Q
Lubbock, TX 78411

The Sherwin Williams Co.
1275 SW Loop 410
San Antonio, TX 78227

The Wasserstrom Company
477 S. Front Street
Columbus, OH 43215

The Willingham Company
Att: Grady Willingham
5804 Feldspar Way
Birmingham, AL 35244

Time Warner Cable San Antonio, L.P.
P.O. Box 650734
Dallas, TX 650734

Time Warner Entertainment-Advance/Newhou
P.O. Box 660815
Dallas, TE 75266

TLX, INC.
7944 E Beck LanesUITE 220
Scottsdale, AZ 85260

Tour-Rific of Texas, Inc
13810 Champion Forest Dr
Suite 200
Houston, TX 77069

Travel Leaders/Travelmore
212 West Colfax Ave
South Bend, IN 46601

TravelCLICK Incorporated
2193 Paysphere Circle
Chicago, IL 60674

Triadium Holdings, LLC
1620 Futura Dr. Suite 152
Tallahassee, FL 32317

ULINE
2200 S. Lakeside Drive
Waukegan, IL 60085

Uncle Bob's Self Storage #092
8025 Culebra Road
San Antonio, TE 78251

Unifresh Inc
1500 S Zarzamora Street
San Antonio, TX 78207

United Imaging
United Ribbon Inc.
21201 Oznard St
Woodland Hills, CA 91367

USA Today
P.O. Box 79782
Baltimore, MD 21279

ValPak of San Antonio
4737 Shavano Oak #103
San Antonio, TX 78249

Vitec Online
P. O. Box 678287
Dallas, TX 75267-8287

Wallpaper Outlet
10219 North IH-35
San Antonio, TX 78233

Waresdirect.com
2550 Sandy Plains Road
Suite 225-411
Marietta, GA 30066

Wash Tub
10626 Potranco
San Antonio, TX 78251

Waste Management of Texas
1901 Afton Street
Houston, TX 78251

Wilkie Surveying LLC
P.O. Box 160434
San Antonio, TE 78280

Williams Scotsman, Inc.
PO Box 91975
Chicago, IL 60693-1975

Yumi Ice Cream Company Inc.
P.O. Box 674003
Dallas, TX 75267

ZEE Medical Inc
PO Box 781591
Indianapolis, IN 46278